IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KAREN SPRINGS, ROY BURNLEY and
GLOVER WASHINGTON, Each Individually
and on Behalf of Others Similarly Situated**                    **PLAINTIFFS**

vs.                          No. 4:11-CV-00240 (BSM)

**FIRST STUDENT, INC.**                                          **DEFENDANT**

### JOINT MOTION FOR APPROVAL OF SETTLEMENT and VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE

COME now Plaintiffs, by and through their attorneys Anne Milligan and Josh Sanford of the Sanford Law Firm, PLLC, and Defendant by and through its counsel Justin Barnes and Steven Munger of Jackson Lewis, LLP, and in support of their Joint Motion for Approval of Settlement And Voluntary Dismissal of all Claims with Prejudice, do state as follows:

1.  On March 15, 2011, Plaintiffs Karen Springs, Glover Washington, and Roy Burnley filed their Original Complaint for Representative Action. (Doc. No. 1).

2.  On July 12, 2011, Plaintiffs herein filed their Second Amended and Substituted Complaint in which they withdrew their representative or collective action allegations. (Doc. No. 28). Plaintiffs presently proceed on the individual claims contained in their Third Amended and Substituted Complaint at Doc. No. 33.

3.  Karen Springs and Glover Washington previously entered into separate

Page 1 of 3
Karen Springs, et al. v. First Student, Inc.
U.S.D.C. (E.D. Ark) 4:11-CV-240 (BSM)
Motion for Approval of Settlement and Voluntary Dismissal with Prejudice

Settlement Agreements with First Student, Inc. which settled all of their claims in this case, including those brought under the Fair Labor Standards Act. Plaintiffs Springs and Washington previously moved this Court to dismiss their claims with prejudice on May 9, 2012 at Doc. No. 39. The Court has not yet dismissed Plaintiff Springs and Washington's claims.

4. As of today, Plaintiff Roy Burnley has entered into a Settlement Agreement with First Student, Inc. which settles all of his claims in this case, including those brought under the Fair Labor Standards Act. The Settlement Agreement was the result of intense negotiations between the parties during an all-day mediation before professional labor law mediator Allen Blair, Esq. at Harris Shelton, PLLC in Memphis, Tennessee, and the parties agree that the settlements represent a fair and equitable resolution of their claims in this action. Copies of the Settlement Agreement can be provided to the Court for in-camera review and inspection if the Court so desires.

5. It is the desire of Plaintiff Roy Burnley to voluntarily dismiss with prejudice all his claims currently pending against Defendant First Student, Inc.

6. Plaintiff Roy Burnley no longer desires to be a part of the instant action against Defendant First Student, Inc..

7. Plaintiff Roy Burnley hereby requests that the Court approve the settlement and dismiss his individual claims contained within Plaintiffs' Third Amended and Substituted Complaint with prejudice.

8. Furthermore, Plaintiffs Springs and Washington renew their request that the Court approve the settlement and dismiss their claims contained within Plaintiffs'

**Page 2 of 3**
**Karen Springs, et al. v. First Student, Inc.**
**U.S.D.C. (E.D. Ark) 4:11-CV-240 (BSM)**
**Motion for Approval of Settlement and Voluntary Dismissal with Prejudice**

Third Amended and Substituted Complaint with prejudice.

WHEREFORE, premises considered, all parties respectfully request that the Court approve the settlements and dismiss Plaintiffs' claims in the present case with prejudice.

Respectfully and jointly submitted this 24th day of August, 2011.

/s/ Josh Sanford
Josh Sanford
Arkansas Bar No. 2001037

Anne Milligan
Arkansas Bar No. 2010263

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford, Ste 400
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

ATTORNEYS FOR PLAINTIFFS

/s/ Justin R. Barnes
Justin R. Barnes
Georgia Bar No. 105220

Stephen X. Munger
Georgia Bar No. 529611

JACKSON LEWIS LLP
1155 Peachtree Street, Ste 1000
Atlanta, Georgia  30309-3600
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

Paul D. Waddell
Arkansas Bar No. 87179
BARRETT & DEACON
A Professional Association
Union Planters Bank Building
300 South Church Street
Jonesboro, Arkansas 72403
Telephone: 870-931-1700
Facsimile:  870-931-1800

ATTORNEYS FOR DEFENDANT

Page 3 of 3
Karen Springs, et al. v. First Student, Inc.
U.S.D.C. (E.D. Ark) 4:11-CV-240 (BSM)
Motion for Approval of Settlement and Voluntary Dismissal with Prejudice