IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KAREN SPRINGS**                                                                **PLAINTIFF**

v.                       **CASE NO. 4:11CV00240 BSM**

**FIRST STUDENT, INC.**                                         **DEFENDANTS**

## ORDER

Upon the parties' joint motion to dismiss [Doc. No. 45], all claims against defendant First Student, Inc. are dismissed with prejudice. Each party will bear its own costs, attorney's fees and expenses. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 28th day of August 2012.

                                                      _/s/ Brian S. Miller_
                                                      UNITED STATES DISTRICT JUDGE